# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2015

Robert P. Young, Jr.,
Chief Justice

149438(21)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SNOW COUNTRY CONTRACTING, INC., and
THOMAS L. SCHNELLER,
 Plaintiffs-Appellants,

v

CHARTER TOWNSHIP OF IRONWOOD
BOARD OF ZONING APPEALS,
 Defendant-Appellee.
_____/

SC: 149438
COA: 318671
Gogebic CC: 12-000010-AA

On order of the Court, the motion for reconsideration of this Court's February 3, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2015



Clerk

d0921